UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:21-cv-161-MOC

| | |
|---|---|
| **TAMMY DAVIS**, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ORDER |
| **KILOLO KIJAKAZI**, Acting Commissioner of Social Security | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g). (Doc. No. 13). Having considered the motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g), (Doc. No. 13), is **GRANTED** and this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Signed: July 26, 2022

Max O. Cogburn Jr.
United States District Judge