IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civ. No. 5:21-cv-00161-MOC

TAMMY DAVIS,

        Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's petitioner for attorneys' fees under 42 U.S.C. § 406(b) (Doc. No. 18) and Defendant's response thereto. (Doc. No. 20). Having considered the pleadings, the Court enters the following order.

**IT IS ORDERED** that Charlotte W. Hall, Esquire, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $8,072.97 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees she previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

Signed: February 12, 2024

Max O. Cogburn Jr.
United States District Judge